UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TARA BRIVIC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION 4:13-cv-03410 |
| | § | |
| NESTLE USA, INC., | § | |
| | § | |
| *Defendant*. | § | |

# **ORDER**

Pursuant to the parties' agreed stipulation of settlement and dismissal of all claims filed on March 4, 2015, the court dismisses this action, with prejudice, each party to bear its own costs.

Signed at Houston, Texas on March 4, 2015.

Stephen Wm Smith
United States Magistrate Judge